3/10/24
24-cv-00379-VC

United States District Court
Northern District of California

Kyle Benjamin Rodgers
    Plaintiff

V.

Santa Cruz County Jail
LT. Shearer, et al.
    Defendants.

FILED
MAR 18 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

First Amended Complaint.

I am a pretrial detainee at the Santa Cruz County Jail. I seek redress under the Due Process Clause of the Fourteenth Amendment. I seek relief for Actual Damages, punitive Damages as well as any and all Damages available left to the discretion of the Honorable Judge Vincent Chhabria no less than one million dollars. As well as and in addition to monitary fees under Section 25249.7

The government entity in which I seek remedy from is the Santa Cruz County Jail. The Named employee Lt. Shearer works here at the jail. As one of LT. Shearer's facility duty's as the Supervising Commander of the facilities commissary, is to sign off on the purchase of Inmate Indigent Kits purchased from Keefe Commissary Network using the facilities Inmate Wellfare Fund. As such, one would believe the duties of this officer would include the inspection of purchased hygien kits to be sure that the purchased products are adequate and safe for Inmates to use. It is general knowledge that the jailers have a sworn duty to protect inmates from any and all third party harm. These hygien kits are sold to inmates for $3.75 upon being booked into the jail. The facility automatically deducts this $3.75 from each inmates account whether you want the kit or not. We are not asked upon intake if we want to purchase

the indigent Kit, but forced to pay the $3.75 regardless without giving permission to deduct from our account the Indigent Fee.

Inside each Indigent Kit is one Toothbrush, one toothpaste, one comb, one bar of Soap, 4 envelopes, and Seven pack of Freshscent Conditioning Shampoo. It is these conditioning Shampoos that are the force behind my suit. Through these Shampoos this facility is exposing all inmates including myself to chemicals Known to the State of California to cause cancer. It is a violation of Proposition 65 by *not only* exposing us to these chemicals, but failing to properly post a warning to consumers on each package that they are exposing us to cancerous chemicals. In each pack Freshscent Conditioning Shampoo by name, contains a chemical called Cocamide MEA. To my limited knowledge there is Cocamide DEA, MEA, and CEA. *These are on the list of known chemicals to the State of California to cause cancer.*

The chemical Cocamide also known as coconut oil diethanolamine condensate, a coke oven emission, is a Carcinogenic. These Carcinogenics cause rapid cell growth. Whether they are consumed, inhaled or applied topically through the epidermal layers of the skin, after considerable testing on laboratory test animals such as Rats, mice, and rabbits with results certain to cause a wide variety of cancers, it has been deemed to state that the ending results are sure to be known to cause said cancers in humans. And such is the reason that Cocamide has been placed on the 27 CCR 27001 List of chemicals known to the State of California to cause cancer. Hence why Proposition 65 a Right to Know proposition under Section 25249.5, 25249.6, 25249.7 So I allege this Facility is in violation.

I am an indigent inmate having served eight years of the last twelve years as an indigent inmate of the Santa Cruz County jail. Each week an indigent inmate is eligable to recieve an indigent kit by the facility when commissary is delivered. Inside each kit is seven packs of cancer causing shampoo with no proper warning of possible exposure. This chemical was added to the list in June 2012. Since 2006 Keefe Commissary has been providing inmate with no means to purchase other hygien products these dangerous unhealthy cancerous banned ingredients. As well, Keefe Commissary Network has shampoo's that an inmate can purchase that contains the banned chemicals with no warnings posted. As to my knowledge there is Crawford Shampoo as well as Elementz Shampoo. In any given week of the year there are between 200/250 whom recieve the weekly Indigent Kit. Every week for over 18 years about 1400 cancerous

packs are washed down the drain with the gray water, which flows out into the San Lorenzo River. A salmon and steelhead habitat, protected endangered species being exposed to deadly chemical runoff. As well as the surround topography more than likely contaminating ground drinking water, as well as exposing various wildlife and domesticated animals who swim in and drink from this river. This should probably be taken into consideration to contact proper authorities such as the clean water act, Etc. I have personally served the jail on 2/9/24 with the Special Compliance Procedure forms which were duely ignored and never did I recieve acknowledgement, nor has any good faith efforts been made on the facilities behalf. As required also by Proposition 65 Appen B I wrote letters to the Attorney Generals office, The District attorney, as well as The Environmental health Hazard Assessments proposition 65 Implementation office.

The facility as well as Keefe are in full denial that anything has been done wrong. Both have stated to around 50 inmates that I could get to write a grievance following my initial grievance that the shampoo is safe and there are no health risks to worry about. Keefe Commissary Network HeadQuarters has sent a statement providing that they checked thier Material Safety Data Sheet and there is no harmful chemicals in the shampoos. With such said statement, investigating officer LT. Shearer has written to each inmate that there is no harmful risk to inmates health and that the shampoos are safe. I have reiterated the California Code §§ 25249.5, 25249.6, 25249.7 as a right to know Proposition as well as shown multiple officers the list of banned chemicals and yet still LT. Shearer and Chief Freitas states there is no risk of harm and Keefe HQ has assured them that the products are safe. I have brought it to LT. Shearer and Chief

Freitas as well as Keefe Commissary Network attention that Keefe HQ is from St Luis, Mo. And such would not have correct Material Data sheet information since they dont have strict regulations as such as California and have not heard or recieved a response since That was on 2/24/24. I have multiple request forms as well as grievances in regards to this subject that remain unanswered for weeks now. The Facility remains handing out these dangerous cancerous Shampoos and there has been absolutely no efforts on Facility staffs to collect or remove cancerous shampoo packs from the facility. I pray I hit everything on the head in my amended complaint Your Honor

Truely & Sincerely,

Kyle B. Rodgers

Kyle B Rodgers