UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE BENJAMIN RODGERS, | Case No.  24-cv-00379-VC |
| Plaintiff, | |
| v. | **ORDER** |
| SHEARER, et al., | |
| Defendants. | |

Kyle Rodgers, a detainee at Santa Cruz County Jail proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against officers at the jail. The original complaint was dismissed with leave to amend, and Rodgers filed an amended complaint. Rodgers also filed a new case with generally the same allegations but different defendants. *See Rodgers v. Keefe Commissary Network Sales*, Case No. 24-1998 VC. The newly filed case was dismissed as duplicative in a separate order.

Within twenty-eight days, Rodgers may, if he chooses, file a second amended complaint in this case raising all of his claims and defendants in one filing. If Rodgers fails to submit a second amended complaint, the court will review the amended complaint.

**IT IS SO ORDERED.**

Dated: May 21, 2024

_____
VINCE CHHABRIA
United States District Judge